UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAI D BROWN,

    Plaintiff,

v.                                                Case No. 3:22cv4840-MCR-HTC

POLK COUNTY SHERIFF OFFICE,

    Defendant.

_____/

## **O R D E R**

The magistrate judge issued a Report and Recommendation on April 6, 2022 (ECF No. 3), recommending this case be transferred to the Middle District of Florida. Plaintiff was furnished with a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this Order.

2.    The clerk is directed to TRANSFER this case to the Middle District of

Florida.

    3.    The clerk is directed to close the case file.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**